# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr214

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | )    ORDER<br>) |
| JASMINE CHEMISE MASSEY, | )<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the court on defendant's Motion for Revocation of Magistrate Judge's Order of Detention. In that motion, defendant also requests a hearing. Having awaited a discretionary response under L.Cr.R. 47.1(E) and having given initial consideration to the motion under 18 U.S.C. § 3145(b), the court will grant the request for a hearing and direct the Clerk of court to schedule this matter for hearing. Counsel for defendant shall come prepared to discuss the precise exceptional circumstance which she believes warrants release and any case law that supports such argument. See United States v. Goforth, 546 F.3d 712 (4th Cir. 2008). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that defendant's Motion for Revocation of Magistrate Judge's Order of Detention (#9) is **CALENDARED** for hearing at a time to be set by the Clerk of this Court.

Signed: September 20, 2011

Max O. Cogburn Jr.
United States District Judge