# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr214

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JASMINE CHEMISE MASSEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's letter to the court dated June 22, 2012, in which she expresses concern as to delay in sentencing and the impact that has on her ability to attend parenting classes ordered in a state civil action by August 15, 2012. Defendant is presently detained based on pleading guilty to a crime of violence and the draft PSR has, at least for now, defendant at a Total Offense Level of 33 and a Criminal History Category of III, with a guideline range of 168 to 210 months. Draft Psr (#15), at 19. Like defendant's earlier pro se letter to the court, see Letter of October 4, 2011 (expressing concern as to being detained in light of upcoming birthdays of children), this letter expresses unrealistic expectations for release. Insofar as defendant contends that the process is taking too long, the draft PSR was prepared within a reasonable time in this case and defendant's counsel has recently filed objections to such report, which will also take time to resolve.

As with the previous letter to the court, defendant will be advised that it is not appropriate or advisable to send letters to the court as such materials could be used against her by the prosecution. As with every aspect of this case, defendant should continue to exercise her right to remain silent and her right to consult with counsel and only then have counsel file motions with the court when appropriate. See L.Cr.R. 47.1(H).

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in her letter of June 22, 2012 (#19), the relief therein requested is **DENIED.**

Signed: July 5, 2012

Max O. Cogburn Jr.
United States District Judge